IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYWANSLEY S. LASHLEY,

    Plaintiff,

v.

UNION PAC. R.R./ALTON & S.
RY. CO. et al.,

    Defendants.                              No. 11-cv-730-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is the parties' stipulation for dismissal with prejudice (Doc. 12). The Court hereby acknowledges the stipulation and finds that all of plaintiff's claims plead in the complaint against defendants are dismissed with prejudice. Costs are to be taxed to defendant Union Pacific Railroad/Alton & Southern Railway Company. Each party is to bear its own attorneys' fees. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

    Signed this 1st day of November, 2011.

David R. Herndon
2011.11.01
07:24:45 -05'00'

**Chief Judge**
**United States District Court**