IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYWANSLEY S. LASHLEY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD/
ALTON & SOUTHERN RAILWAY CO., et al

    Defendants.           NO. 11-CV-730-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 1, 2011, this case is **DISMISSED** with prejudice. Costs are to be taxed to defendant, Union Pacific Railroad/Alton & Southern Railway Company. Each party is to bear its own attorneys' fees.

            **NANCY J. ROSENSTENGEL,**
            **CLERK OF COURT**


            **BY:**     /s/*Sandy Pannier*
                          **Deputy Clerk**

Dated: November 1, 2011

            David R. Herndon
            2011.11.01
            17:13:25 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT